**FILED**
October 16, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS KEYS, ) <br> Defendant. ) <br> ) | Case No. CR.S-09-0422-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS KEYS, Case No. CR.S-09-0422-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

    _X_  Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/16/09  at  3:05 p.m.

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge